IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:14CR3022 |
| V. | ) | |
| JOSE DOMINGUEZ-PINEDA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion (filing 5) is granted. The indictment in this matter is dismissed without prejudice as to the defendant.

DATED this 15th day of June, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge